**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: DELONG, CHRISTOPHER LEE | § § § § | Case No. 17-55514-SMS |
| Debtor(s) | | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 03/27/2017. The undersigned trustee was appointed on 03/27/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $      21,149.89

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 404.46 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]  $ | 20,745.43 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/07/2017 and the deadline for filing governmental claims was 12/07/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,765.46. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,765.46, for a total compensation of $2,765.46[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $67.01 for total expenses of $67.01[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/29/2020                                By: /s/ S. Gregory Hays
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

**Case No.:** 17-55514-SMS
**Case Name:** DELONG, CHRISTOPHER LEE
**For Period Ending:** 04/29/2020

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 03/27/2017 (f)
**§ 341(a) Meeting Date:** 05/02/2017
**Claims Bar Date:** 12/07/2017

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Formally Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | LR Set, BR Set, Dining Set and Chairs, Recliner, 2 Beds, | 700.00 | 0.00 | | 0.00 | FA |
| 2 | 2 TVs, 2 iPad Minis, Cellphone, Nintendo Wii | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | Model Cars | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Baseball equipment | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding Ring | 200.00 | 0.00 | | 0.00 | FA |
| 7 | 1 Dog | 10.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 30.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Wells Fargo | 1,221.00 | 0.00 | | 0.00 | FA |
| 10 | Savings: Wells Fargo | 119.00 | 0.00 | | 0.00 | FA |
| 11 | 401 (k): NRECA Insurance and Financial Services | 8,879.00 | 0.00 | | 0.00 | FA |
| 12 | 2016 Anticipated Tax Refund: Federal | 600.00 | 0.00 | | 0.00 | FA |
| 13 | Excess Funds from Pre-petition real property foreclosure (u) See adversary # 19-05146 regarding resolution of lien. | 21,000.00 | 21,000.00 | | 21,149.89 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$35,009.00** | **$21,000.00** | | **$21,149.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 12/31/2019       **Current Projected Date Of Final Report (TFR):** 04/29/2020 (Actual)

04/29/2020
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B

Page: 1

| Case No.: | 17-55514-SMS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | DELONG, CHRISTOPHER LEE | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5606 | Account #: | ******5500 Checking |
| For Period Ending: | 04/29/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/13/17 | {13} | Aldridge Pite LLP (PennyMac) | Excess proceeds from pre-petition foreclosure sale. Lien resolved per Order, Dkt # 16, Adversary # 19-05146. | 1290-000 | 21,149.89 | | 21,149.89 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.21 | 21,134.68 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.42 | 21,102.26 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.35 | 21,071.91 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.29 | 21,042.62 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.29 | 21,009.33 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.20 | 20,981.13 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.17 | 20,950.96 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.12 | 20,921.84 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.10 | 20,888.74 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.04 | 20,859.70 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.00 | 20,827.70 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.95 | 20,796.75 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.95 | 20,780.80 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.78 | 20,762.02 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 20,762.02 | 0.00 |

|  | COLUMN TOTALS | 21,149.89 | 21,149.89 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | 0.00 | 20,762.02 | |
|  | **Subtotal** | 21,149.89 | 387.87 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$21,149.89** | **$387.87** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**  Exhibit B

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 17-55514-SMS | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | DELONG, CHRISTOPHER LEE | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***5606 | Account #: | ******0050 Demand Deposit Account |
| For Period Ending: | 04/29/2020 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 20,762.02 | | 20,762.02 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 16.59 | 20,745.43 |
| | | **COLUMN TOTALS** | | | 20,762.02 | 16.59 | $20,745.43 |
| | | Less: Bank Transfers/CDs | | | 20,762.02 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 16.59 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $16.59 | |

{ } Asset Reference(s)    **UST Form 101-7-TFR (5/1/2011)**    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 17-55514-SMS | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | DELONG, CHRISTOPHER LEE | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***5606 | **Account #:** | ******0050 Demand Deposit Account |
| **For Period Ending:** | 04/29/2020 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $21,149.89 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $21,149.89 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5500 Checking | $21,149.89 | $387.87 | $0.00 |
| ******0050 Demand Deposit Account | $0.00 | $16.59 | $20,745.43 |
| | $21,149.89 | $404.46 | $20,745.43 |

04/29/2020  
Date

/s/S. Gregory Hays  
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 17-55514-SMS                                    CHRISTOPHER LEE DELONG

Claims Bar Date: 12/07/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM1 | S. Gregory Hays<br>3343 Peachtree Road, NE<br>East Tower, Suite 200<br>Atlanta, GA 30326<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>03/17/20 | | $2,765.46<br>$2,765.46 | $0.00 | $2,765.46 |
| ADM2 | S. Gregory Hays<br>3343 Peachtree Road, NE<br>East Tower, Suite 200<br>Atlanta, GA 30326<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>02/06/19 | | $67.01<br>$67.01 | $0.00 | $67.01 |
| ADM3 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>03/17/20 | | $14,346.00<br>$14,346.00 | $0.00 | $14,346.00 |
| ADM4 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>03/17/20 | | $99.10<br>$99.10 | $0.00 | $99.10 |
| ADM5 | Clerk, United States Bankruptcy Court<br>1340 Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br><2700-000 Clerk of the Court Fees><br>, 610<br>Per Oder, Dkt # 27. | Administrative<br>04/28/20 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| SURPLUS | DELONG, CHRISTOPHER LEE<br>753 EXCHANGE MILL PLACE<br>DACULA, GA 30019<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Unsecured<br>04/29/20 | | $0.00<br>$995.30 | $0.00 | $995.30 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

## Exhibit C

## Analysis of Claims Register

Case: 17-55514-SMS          CHRISTOPHER LEE DELONG

Claims Bar Date: 12/07/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Dacula Animal Hospital<br>P.O. Box 370<br>Dacula, GA 30019<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>09/14/17 | | $140.59<br>$140.59 | $0.00 | $140.59 |
| 1I | Dacula Animal Hospital<br>P.O. Box 370<br>Dacula, GA 30019<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>04/29/20 | | N/A<br>$4.59 | $0.00 | $4.59 |
| 2 | Cavalry SPV I, LLC<br>as assignee of Syn Bank<br>PO Box 27288<br>Tempe, AZ 85282<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/30/17 | | $1,914.85<br>$1,914.85 | $0.00 | $1,914.85 |
| 2I | Cavalry SPV I, LLC<br>as assignee of Syn Bank<br>PO Box 27288<br>Tempe, AZ 85282<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>04/29/20 | | N/A<br>$62.53 | $0.00 | $62.53 |
| | | | **Case Total:** | | **$0.00** | **$20,745.43** |

UST Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-55514-SMS
Case Name: CHRISTOPHER LEE DELONG
Trustee Name: S. Gregory Hays

**Balance on hand:**  $               20,745.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $          0.00
Remaining balance:  $     20,745.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 2,765.46 | 0.00 | 2,765.46 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Trustee, Expenses - S. Gregory Hays | 67.01 | 0.00 | 67.01 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 14,346.00 | 0.00 | 14,346.00 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 99.10 | 0.00 | 99.10 |

Total to be paid for chapter 7 administrative expenses:  $     17,627.57
Remaining balance:  $      3,117.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $          0.00
Remaining balance:  $      3,117.86

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,117.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).
Timely claims of general (unsecured) creditors totaling $2,055.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dacula Animal Hospital | 140.59 | 0.00 | 140.59 |
| 2 | Cavalry SPV I, LLC | 1,914.85 | 0.00 | 1,914.85 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,055.44 |
| Remaining balance: | $ | 1,062.42 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,062.42 |

**UST Form 101-7-TFR(5/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 1,062.42 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.00% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $67.12. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $995.30.

**UST Form 101-7-TFR(5/1/2011)**